United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOYE D'COSTA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-04031 |
| § | |
| ABACUS FOODMART, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Amended Memorandum and Recommendation filed on January 26, 2023. Doc. #22. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff Joye D'Costa's Motion for Default Judgment (Doc. #11) is hereby GRANTED against Defendants Abacus FoodMart Inc. and Abacus FoodMart 1, Inc. (collectively, the "Abacus Entities"). Plaintiff is entitled to overtime wages of $2,376.00; liquidated damages of $2,376.00; initial filing fee costs of $402.00; and reasonable attorney's fees after the Court enters a final judgment on all claims against all parties. Plaintiff's request for additional damages and costs against the Abacus Entites is DENIED. Furthermore, Plaintiff's Motion is hereby DENIED without prejudice as to Defendant Lukos Abraham.

It is so ORDERED.

FEB 1 3 2023
Date

The Honorable Alfred H. Bennett
United States District Judge